UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CAROLYN BAILEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STANDARD REGISTER COMPANY, )<br>)<br>Defendant. ) | No. 1:05-cv-943-SEB-JMS |

# J U D G M E N T

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendant's motion for summary judgment is **GRANTED** and that judgment is entered for the defendant and against the plaintiff on her complaint.

The costs of this action are assessed against the plaintiff.

Date: 02/28/2007

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jeffrey Scott Beck
BAKER & DANIELS
jeffrey.beck@bakerd.com

John H. Haskin
HASKIN LAUTER LARUE & GIBBONS
jhaskin@hlllaw.com

Edward E. Hollis
BAKER & DANIELS
eehollis@bakerd.com

Jay Meisenhelder
HASKIN LAUTER LARUE & GIBBONS
jmeisenhelder@hlllaw.com

Mark Thomas Robbins
HASKIN LAUTER LARUE & GIBBONS
mrobbins@hlllaw.com